Deleted -DDJ

U.S. DISTRICT COURT OF CENTRAL CALIFORNIA
OFFICE OF THE CLERK; HON CHIEF JUDGE
LOS ANGELES, CA 90012
March 10, 2025

2:25-cv-00777-JFW-KS

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY MRV DEPUTY

Kum Nam LEE
a Petitioner

V,

DEPT OF JUSTICE
Respondent

Judge: George H. Wu.
Judge. Maame Ewusi-Mensah Frimpong
no Reassignment

under 42 U.S.C. 1983
a civil rights action
own solely
a complaint by Federal
OR THE law of the state
For Injury

an order
one party
a rule
a Fact
a matter

: I am Tire now stop, one month million dollars plus charge From Today and continue every months same charged.

a Tax payer Damage OR no discrimination

By Jury a writ of attachment in one supreme court, garnishment, a Jurisdiction, an important an owner ship amount of damage is $ ~~Twenty millions dollars~~ payments, amounts, Taxes, results

I am Injured To Redress Required and citizenship papers Bargain and safe, payments only Five millions dollars, Final: a state plus Twenty millions dollars May 1, 2024.

a Pay taxes a claim by Kum Nam LEE

Show cause

Prima F...

a Judgement an Appropriation v a Solicitor general, Public Danger, plus one Hundred "millions" dollars For Full

a new Reason by no Roach or bed Bug in Room of apartment and ~~Elevator no running more than~~ now working six months

a writ of Attachment garnishment an ownership amount of damages is $ ~~one million~~ dollars. I am injured

To Redress Required and citizenship papers Bargain and safe amounts, payments only Hundred thousands dollars, no more: Final, a determination, a conclusion of Laws

Appropriation Pay tax a claim by Kum Nam LEE
a amended
a state plus another 30 millions dollars. 6.6.24.

a Relief

3rd plus 50 millions dollars by the Laws.

a Forth with
an application
a "settled"

name: Kum Nam LEE
address: 5155 Marathon ST #106
Los Angeles, CA 90038
213-369-3134

Date: March 10, 2025

Continue

in one supreme court ... immediate, determination
an applicant
an a member of the Bar. A.C.
a amended, Seoul, Korea
a "Vacated, Reviewed in U.S.A.
a remand, Rehearing by Extend,
Congress

a Taxpayer sufficed, ... pauper is supreme court Rule 29.2
an appropriated filing service Corporations stack 50% own
a writ of certiorari, a service of documents, any document
an extension, required or permitted
a Relief sufficient, good know. Condon
on immediately an admission
a reversal

"merger"
Service To
..A. CA.
Fresno. CA.
NY. NY.
Orlando FL.
Solicitor general. supreme court washington "
a disposition a matter a debt
Plus $100 millions dollars For one Time Pay Full Total 11/12/2...

A notice of appeal

U.S. DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA

March 10, 2025

Kum Nam LEE
A Petitioner

V.

Respondent
DEPT OF JUSTICE

a notice of Appeal
Docket No:
notice: a party:

an order
one party
a rule
a FACT
a matter

a state plus Twenty millions dollars MAY 1, 2024, 50% in Seoul, Korea 50% in U.S.A.

name: Kum Nam LEE
213-369-3134
Address: 5155 Marathon ST #108
Los Angeles, CA 90038

Date: March 10, 2025

a Jurisdiction
an attachment, a garnishment
a writ of certiorari
an appropriated
an immediately
a within Ten days, an application
The last day of Filing

a Tax payer
a debt

in my way
a Rehearing
a Relief
a granted an immediately
an amended
a conclude
a Judgment, a reviewed For one Time
a good cause, a good Faith, pay 11/12/24 Full Total
a Reversal, admission
a Jurisdiction To Supreme Court Courts, Congress

a state plus another 30 millions dollars 6.6.24.

3rd plus 50 millions dollars plus, 100 millions dollars ~~if late~~

a covenant
a decision
a determination
a conclude
a no more
a Continuing
a Teaching

a settlement
a settled
amounts Taxes results
Bargain and sale
Payments,

I will conduct myself

I believe That I am entitled To Redress

a artichle III 2.2. Congress

in forma pauperis supreme court Rule 29 sufficies. corporations stock 50% own filing service of documents, any document, an required or permitted, sufficient, good ... in conclusions of Laws, immediate determination

In the supreme court appropriate, an applicant a member of the Bar, know, condon

Vacated, Remand, Rehearing, Reviewed, an amended, an amended by extends congress

pay taxes admission an extension Relief reversal

a disposition
a matter, a Judgement

show cause, prima facie



Kum Nam LEE
213-369-3134
5155 marathon st #106
Los Angeles, CA 90038
Legal Mail
LOS ANGELES CA 900
24 JAN 2025 PM 4 L
FOREVER / USA
U.S. CourtHouse
office of the clerk
255 E. Temple st #180
Los Angeles, CA 90012
RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2025
90012-333299